1  SEYFARTH SHAW LLP
   Eric M. Lloyd (SBN 254390)
2  elloyd@seyfarth.com
   560 Mission Street, 31st Floor
3  San Francisco, California 94105
   Telephone:  (415) 397-2823
4  Facsimile:   (415) 397-8549

5  SEYFARTH SHAW LLP
   Yoon-Woo Nam (SBN 284644)
6  ynam@seyfarth.com
   400 Capitol Mall, Suite 2300
7  Sacramento, CA 95814-4428
   Telephone:  (916) 498-0159
8  Facsimile:  (916) 558-4839

9  Attorneys for Defendant
   DANIEL J. EDELMAN, INC.
10

11

12

13                    UNITED STATES DISTRICT COURT

14                  FOR NORTHERN DISTRICT OF CALIFORNIA

15

16 | JORDAN RITTENBERRY,                              | Case No.
17 |            Plaintiff,                            | **DEFENDANT DANIEL J. EDELMAN, INC.'S RULE 7.1 DISCLOSURE STATEMENT**
18 |      v.                                         |
19 | DANIEL J. EDELMAN, INC., a Delaware              | Original Complaint Filed: May 16, 2024
   | Corporation, and DOES 1 through 10, inclusive,   | San Francisco County Superior Court Case No. CGC-24-614695
20 |
21 |            Defendants.                           |

22      TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF

23 CALIFORNIA and to plaintiff JORDAN RITTENBERRY ("Plaintiff") and his attorneys of record:

24      Defendant DANIEL J. EDELMAN, INC., pursuant to Fed. R. Civ. P. Rule 7.1, hereby states as

25 follows:

26      1.    Daniel J. Edelman, Inc. is a corporation organized under the laws of the State of Delaware.

27      2.    Daniel J. Edelman Holdings, Inc., is the parent corporation of Daniel J. Edelman, Inc.

28

DATED: July 8, 2024                       SEYFARTH SHAW LLP

                                          By:   /s/ Eric M. Lloyd
                                              Eric M. Lloyd
                                              Attorneys for Defendant
                                              DANIEL J. EDELMAN, INC.

312028931v.1   DEFENDANT DANIEL J. EDELMAN, INC.'S RULE 7.1 DISCLOSURE STATEMENT