GARY E. MOSS, ESQ. (SBN 43002)
MARY PATRICIA HOUGH, ESQ. (SBN 104542)
LAW OFFICES OF MOSS & HOUGH
1388 Sutter Street, Suite 1210
San Francisco, CA 94109
Telephone:  (415) 399-1110
Facsimile:   (415) 399-1552

Attorneys for Plaintiff
JORDAN RITTENBERRY

UNITED STATES DISTRICT COURT

FOR NORTHERN DISTRICT OF CALIFORNIA
UNITED STATES DISTRICT COURT

FOR NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORDAN RITTENBERRY,<br><br>              Plaintiff,<br><br>      v.<br><br>DANIEL J. EDELMAN, INC., a Delaware Corporation, and DOES 1 through 10, inclusive,<br><br>              Defendants. | CASE NO. 3:24-cv-04105-TSH<br><br>**DECLARATION OF MARY PATRICIA HOUGH IN SUPPORT OF OF EXTENDING ALL DEADLINES INTHE ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE, ORDER 71 DISCLOSURES AND ADR DEADLINES** |

I, MARY PATRICIA HOUGH, declare under penalty of perjury that:

    1.   I am an attorney licensed to practice in the State of California and before this court and am a partner in the the Law Offices of Moss and Hough,  attorneys of record for Plaiintiff herein JORDAN RITTENBERRY ("Plaintiff").  I make this Declaration in support of the Stipulation and (Proposed) Order extending all deadlines in the above captioned case for a period of thirty (30) days.  I have personal knowledge of the facts contained herein and, if called as a witness, I would competently testify to their accuracy.

1

2. On May 16, 2024, my office filed a summons and complaint in the San Francisco Superior Court on behalf of Plaintiff. On June 7, 2024, that complaint was served on the Defendant DANIEL J. EDELMAN, INC. ("Defendant"). On July 3, 2024, Defendant answered the complaint and on July 8, 2024, Defendant removed the case to United States Federal District Court for the Northern District of California.

3. Upon removal, the Court issued an Order Setting Initial Managment Conference and ADR Deadlines including protocols for employment cases under General Order No. 71, within thirty (30) days after the defendant has submitted a responsive pleading. Several of the deadlines will occur during the month of September when Plaintiff's Counsel, who are a married couple, will be travelling out of the country and unavailable. The travel plans were made in April and cannot be changed without great expense and inconvenience. Accordingly, Counsel sought and obtained a stipulation from opposing counsel to extend all deadlines for thirty (30) days from the original Order to which counsel agreed.

4. There have been no prior continuances in this case.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 5th day of August 2024, at San Francisco, California.

MARY PATRICIA HOUGH