GARY E. MOSS, ESQ. (SBN 43002)
MARY PATRICIA HOUGH, ESQ. (SBN 104542)
LAW OFFICES OF MOSS & HOUGH
1388 Sutter Street, Suite 1210
San Francisco, CA 94109
Telephone:  (415) 399-1110
Facsimile:   (415) 399-1552

Attorneys for Plaintiff
JORDAN RITTENBERRY

SEYFARTH SHAW LLP
Eric M. Lloyd (SBN 254390)
elloyd@seyfarth.com
560 Mission Street, 31st Floor
San Francisco, California 94105
Telephone: (415) 397-2823
Facsimile:   (415) 397-8549

SEYFARTH SHAW LLP
Yoon-Woo Nam (SBN 284644)
ynam@seyfarth.com
400 Capitol Mall, Suite 2300
Sacramento, CA 95814-4428
Telephone: (916) 498-0159
Facsimile:   (916) 558-4839

Attorneys for Defendant
DANIEL J. EDELMAN, INC.

UNITED STATES DISTRICT COURT

FOR NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORDAN RITTENBERRY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DANIEL J. EDELMAN, INC., a Delaware Corporation, and DOES 1 through 10, inclusive,<br><br>　　　　Defendants. | CASE NO. 3:24-cv-04105-TSH<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE, ORDER 71 DISCLOSURE AND ADR DEADLINES** |

　　　　A Case Management Conference is currently scheduled in this Court to occur at 10:00 a.m., on October 10, 2024.  The operative scheduling Order of this Court set deadlines during the month of September.

　　　　Counsel for Plaintiff will be travelling out of the country from September 9th through 24th and unavailable for all purposes during that time.  Accordingly, the parties have agreed to continue all deadlines for approximately thirty (30) days from the original assignment by this Court to allow Counsel for the Parties to exchange disclosures under General Order No.

1

71, meet and confer on ADR and prepare for the initial Case Management Conference, if it so pleases the Court.

Hence, the parties, thorough their respective counsel, hereby stipulate that all deadlines in the the initial Case Management Order be continued as follows:

1) Deadline to serve General Order No. 71 Disclosures: October 7, 2024
2) Deadline to file ADR Certification: October 21, 2024
3) Deadline to meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan: October 21, 2024
4) Deadline to file Joint Case Management Statement: November 7, 2024
5) Initial Case Management Conference: November 14, 2024 at 10:00 a.m.

IT IS SO STIPULATED.

Dated: August 5, 2024                              LAW OFFICES OF MOSS & HOUGH

By: MARY PATRICIA HOUGH
Attorneys for Plaintiff
JORDAN RITTENBERRY

Dated: August _5_, 2024                            SEYFARTH SHAW LLP

By: ERIC M. LLOYD
Attorneys for Defendant
DANIEL J. EDELMAN, INC.

[PROPOSED ORDER]

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED that the Case Management Conference in this matter, and all related case management events are extended as follows:

1) Deadline to serve General Order No. 71 Disclosures: _____, 2024

2) Deadline to file ADR Certification: _____, 2024

3) Deadline to meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan: _____, 2024

4) Deadline to file Joint Case Management Statement: _____, 2024

5) Initial Case Management Conference: _____, 2024 at 10:00 a.m.

Date: _____                    _____
                                            Hon. Thomas S. Hixon
                                            District Court Magistrate Judge